No. 74–5068. PARKER *v.* WALTERS. C. A. 3d Cir. Certiorari denied.

No. 74–5069. LOVE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5070. SOMMER *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–5071. BRUNO *v.* DAGGETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–5075. DULLES *v.* SECRETARY OF THE TREASURY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–5077. BROWN *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 74–5079. BENANTI *v.* VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–5082. WILLIAMS *v.* JOHNSON, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–5083. BRUNO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5087. CANTON, AKA COMBES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5090. TATE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5093. FLETCHER ET AL. *v.* RHODE ISLAND HOSPITAL TRUST NATIONAL BANK ET AL. C. A. 1st Cir. Certiorari denied.

No. 74–5094. CHANEY *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.